No. D–597.  IN RE DISBARMENT OF FABRÉ.  It is ordered that Edwin George Fabré, of Detroit, Mich., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–598.  IN RE DISBARMENT OF GORIN.  It is ordered that Martin Manuel Gorin, of Kansas City, Mo., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–599.  IN RE DISBARMENT OF HENRY.  It is ordered that James Vance Henry, of Fresno, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–600.  IN RE DISBARMENT OF TUCKER.  It is ordered that Robert L. Tucker, of Chicago, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–601.  IN RE DISBARMENT OF INTINI.  It is ordered that Anthony Intini III, of Oak Brook, Ill., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 85–1708.  CALIFORNIA ET AL. v. CABAZON BAND OF MISSION INDIANS ET AL.  C. A. 9th Cir.  [Probable jurisdiction postponed, 476 U. S. 1168.]  Motion of appellees for leave to file a supplemental brief after argument granted.  Motion of appellants for leave to file a supplemental brief after argument granted.

No. 85–1722.  O'LONE, ADMINISTRATOR, LEESBURG PRISON COMPLEX, ET AL. v. ESTATE OF SHABAZZ ET AL.  C. A. 3d Cir.  [Certiorari granted, ante, p. 881.]  Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted.